UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 6:21-CR-13-REW-HAI-2 |
| v. | ) | ORDER |
| LORI BARNETT, | ) | |
| Defendant. | ) | |

*** *** *** ***

On April 6, 2021, Defendant Lori Barnett, through counsel, filed a Motion for Discovery. D.E. 121. Barnett asks the Court to order the government to respond to certain discovery requests "at the earliest possible time, regardless of any time tables contained in the Federal Rules of Criminal Procedure or in the United States Code[.]" *Id*. at 1.

On March 29, the date of Defendant's arraignment, the Court entered a Pretrial and Discovery Order, paragraphs 5-10 of which govern pretrial discovery. D.E. 89. Among other guidelines, this Order states:

> Within 14 days of arraignment, counsel shall confer, cover the Rule 16.1(a) topics, and, if requested, the United States shall disclose all information subject to disclosure under Rule 16(a)[.]
>
> Rule 16(c) and (d) address discovery regulation. The parties shall work cooperatively to resolve disputes but may file any motion(s), as appropriate, regarding the discovery process.

*Id*. at 2 ¶¶ 5-6. Defendant's motion contains no indication that the parties have conferred regarding a discovery schedule or "work[ed] cooperatively to resolve disputes" prior to the filing of the motion. Because Defendant's motion is premature and discordant with the Pretrial and Discovery Order**, IT IS HEREBY ORDERED THAT** the motion (D.E. 121) is **DENIED.**

This the 7th day of April, 2021.

Signed By:
*Hanly A. Ingram*
United States Magistrate Judge