UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil No. 6:21-cr-00013-GFVT |
| v. | ) | |
| | ) | |
| ROBERT TAYLOR, *et al.*, | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |
| | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Court's own Motion.  The Defendants' deadline to file Motions for Rearraignment is currently April 25, 2023.  [R. 586.]  The Defendants filed a Motion to Continue trial, which is currently pending.  [R. 627.]  The Court will hold the rearraignment deadline in abeyance pending resolution of the Motion to Continue.  Accordingly, and the Court being sufficiently advised, the Defendants' rearraignment deadline is **HELD IN ABEYANCE** pending resolution of the motion to continue.

This the 24th day of April, 2023.

Gregory F. Van Tatenhove
United States District Judge